**Bridget PARSON, Plaintiff–Appellant,**

v.

**WILMER HUTCHINS INDEPENDENT SCHOOL DISTRICT, Defendants– Appellee.**

No. 04–10491.
(Summary Calendar).

United States Court of Appeals, Fifth Circuit.

Decided Nov. 19, 2004.

Bridget Parson, Cedar Hill, TX, pro se.

James C. Belt, Jr, Law Office of James C. Belt Jr, Dallas, TX, for Defendant–Appellee.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Bridget Parson appeals the district court's order setting aside default judgment against Wilmer Hutchins Independent School District. A motion to set aside a default judgment is interlocutory and nonappealable. *Parks v. Collins*, 761 F.2d 1101, 1104 (5th Cir.1985) ("When an order ... 'merely vacates the judgment and leaves the case pending for further determination, the order is akin to an order granting, a new trial and is interlocutory and nonappealable'") (quoting 7 J. Moore, MOORE'S FEDERAL PRACTICE ¶ 60.30[3] (2d ed.1983)). Moreover, the district court has not certified this case for interlocutory appeal. See 28 U.S.C. § 1292(b). Accordingly, we DISMISS Parson's appeal. All outstanding motions are DENIED AS MOOT.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.